IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Magistrate Judge Kathleen M. Tafoya

Civil Action No. 21–cv–00894–PAB–KMT

DELBERT SGAGGIO,

Plaintiff,

v.

JULIE GONZALES, Official capacity and Personal,

Defendant.

---

### RESPONSE TO SHOW CAUSE ORDER

---

I Delbert Sgaggio Pro Se Responses to SHOW CAUSE ORDER. ( DOC. 18)

I did believe that my service of Julie Gonzalez was complete. However after reviewing the Federal and state rules of civil procedure, I have come to the conclusion that my service was incomplete. I served the lawsuit upon the Atty. General, but the lawsuit was never served upon Julie Gonzalez herself. I blame this up on my inexperience, I also blame the fact that my finances only allow me a process server who is not experience in Federal lawsuit service.

I thank the honorable court for its patience. I also understand if this claim is dismissed. I am grateful that I was given a chance to correct the violation of my rights. I do request that I am given a chance to properly serve Julie Gonzalez. I have put time and effort in this lawsuit. I continue to believe that my first amendment has been violated.

I request a 30 day extension so that I may properly serve Julie Gonzalez. I was not aware that my service was incomplete until I received the order to show cause (DOC. 18) on 01/13/22.

Dated this 20 th day of January, 2022.

By: s/ Delbert Sgaggio

DELBERT SGAGGIO

1850 North Academy Blv.

Colorado Springs Colorado 80909

Overclock420@hotmail.com

719 351 0801

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 20th day of January , 2022, I electronically filed the foregoing RESPONSE (DOC 9) MOTION TO DISMISS DEFENDANTS JARED POLIS AND THE STATE OF COLORADO with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

I will serve a copy via email to

s/ Lauren Davison LAUREN DAVISON*

Assistant Attorney General

Civil Litigation & Employment Section

1300 Broadway, 10th Floor

Denver, CO 80203

Telephone: (720) 508-6000

FAX: (720) 508-6032

E-Mail: lauren.davison@coag.gov